In the Matter of the Claim of MAUDE WISE, against NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent.

THE STATE INDUSTRIAL BOARD, Appellant.

(Argued May 12, 1931; decided May 22, 1931.)

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *E. C. Aiken* of counsel), for appellant.

*George F. Roesch, Elbert N. Oakes* and *C. L. Andrus* for respondent.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.